**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO: 26-______** |
| **v.** | : | **DATE FILED: __________** |
| **WIDARTO** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 611 (voting by alien – 1 count)** |
| | : | **<u>Consent to Proceed Before a U.S. Magistrate Judge</u>** |

**<u>MISDEMEANOR INFORMATION</u>**

**<u>COUNT ONE</u>**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 5, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**WIDARTO,**

an alien, knowing that he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the offices of President, Vice President, Presidential elector, United States Senator, and Member of the United States House of Representatives.

In violation of Title 18, United States Code, Section 611.

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**WIDARTO**

MISDEMEANOR INFORMATION

Counts

**18 U.S.C. § 611 (voting by alien – 1 count)**
**Consent to Proceed Before a U.S. Magistrate Judge**

A true bill.

______________________________
Foreperson

Filed in open court this ______________________day,
Of ________________A.D. 20________

______________________________
Foreperson

Bail, $____________